## James A. Woods and Edward Boyd, trading as Woods & Boyd, Appellants, v. Edwin Gamper and A. F. Cook, Appellees.

### (Not to be reported in full.)

Appeal from the Circuit Court of Edwards county; the Hon. JULIUS C. KERN, Judge, presiding. Heard in this court at the March·term, 1916. Reversed and remanded with directions. Opinion filed November 13, 1916.

### Statement of the Case.

Action by James A. Woods and Edward Boyd, partners, trading as Woods & Boyd, plaintiffs, against Edwin Gamper and A. F. Cook, defendants, to recover upon a written agreement for the drilling of an oil well by plaintiffs for defendants. From a judgment against plaintiffs for costs, plaintiffs appeal.

McGAUGHEY & TOHILL and ALLEN WALKER, for appellants.

JOHN A. MacNEIL and S. J. GEE, for appellees.

MR. JUSTICE McBRIDE delivered the opinion of the court.

### Abstract of the Decision.

1. RELEASE, § 23*—*what plea of should contain.* A plea setting up an agreement relied upon as releasing a defendant from the obligation sued on should set out such agreement definitely and certainly and not in a mere argument.

2. RELEASE, § 23*—*when plea of is insufficient.* In an action upon a contract wherein defendants agreed to pay plaintiffs for the construction of a well upon premises which one of the defendants had leased, where plea was filed claiming under the con-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

tract a release from such obligation by reason of one of the defendants having turned over said lease to a certain corporation as contemplated in said contract, under whose direction and employment plaintiffs continued the construction of the well as set up in the plea, *held* that defendants were not released from such obligation, and the statement in said plea that defendants were released was simply a conclusion of the pleader.

---

### Artemissa Park, Appellee, v. Caroline Penn, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of St. Clair county; the Hon. GEORGE A. CROW, Judge, presiding. Heard in this court at the March term, 1916. Reversed with statement of facts. Opinion filed December 12, 1916.

## Statement of the Case.

Action by Artemissa Park, plaintiff, against Caroline Penn, defendant, to recover damages on account of injuries received by falling down a defective stairway in a house owned by defendant and rented by plaintiff's husband and occupied by him and the family. From a judgment for plaintiff for $1,500, defendant appeals.

SCHAUMLEFFEL & JOHNSON, for appellant.

T. M. WEBB and W. E. KNOWLES, for appellee.

MR. PRESIDING JUSTICE HIGBEE delivered the opinion of the court.